**210B (12/09**)

# United States Bankruptcy Court

Northern District of Texas
Case No. 11-70008-hdh13
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Mark Allen Kluver<br>4600 Jacksboro Hwy, Apt 8004<br>Wichita Falls TX 76302 | Delinda Kay Kluver<br>4600 Jacksboro Hwy, Apt 8004<br>Wichita Falls TX 76302 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/02/2012.

Name and Address of Alleged Transferor:

Claim No. 1: Roundup Funding, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221

Name and Address of Transferee:

East Bay Funding, LLC
CO Resurgent Capital Services
PO Box 288
Greenville, SC 29603

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  02/05/12

Tawana C. Marshall
CLERK OF COURT

United States Bankruptcy Court
Northern District of Texas

In re:  
Mark Allen Kluver  
Delinda Kay Kluver  
     Debtors

Case No. 11-70008-hdh  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0539-7     User: cecker     Page 1 of 2     Date Rcvd: Feb 03, 2012  
                     Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2012.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13783957      E-mail/Text: resurgentbknotifications@resurgent.com Feb 04 2012 00:49:30     Roundup Funding, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221
                                                                                                                                           TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2012**                          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0539-7           User: cecker                Page 2 of 2                   Date Rcvd: Feb 03, 2012
                               Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2012 at the address(es) listed below:
        Monte J. White    on behalf of Debtor Mark Kluver legal@montejwhite.com
        UST   U.S. Trustee    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov
        Walter 12,13 OCheskey    cmecf@ch13-12westtex.org,  ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                                                TOTAL: 3